IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. HEGWOOD, SR., | No. 2:21-CV-1732-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Judgment was entered on January 25, 2022, based on Plaintiff's failure to resolve fees. Pending before the Court in this closed case is Plaintiff's motion, ECF No. 11, for leave to amend. Plaintiff's motion is denied because the case is closed.

IT IS SO ORDERED.

Dated: March 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1